UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | **4:13CR398 HEA/FRB** |
| | ) | |
| v. | ) No. | |
| | ) | |
| BARRY WIMBERLY, | ) | |
| a/k/a "Barry Evans," | ) | |
| a/k/a "Bear," | ) | |
| | ) | |
| Defendant. | ) | |

## INDICTMENT

### COUNT ONE

The Grand Jury Charges that:

Between August, 2012 and September, 2012, in St. Louis County, Missouri,

within the Eastern District of Missouri and elsewhere,

**BARRY WIMBERLY, a/k/a "Barry Evans," a/k/a "Bear,"**

the defendant herein, did knowingly transport Jane Doe in interstate commerce with the intent

that Jane Doe engage in prostitution.

In violation of Title 18, United States Code, Sections 2421.

### COUNT TWO

The Grand Jury further charges that:

In October , 2012, in St. Louis County, Missouri, within the Eastern District of

Missouri,

**BARRY WIMBERLY, a/k/a "Barry Evans," a/k/a "Bear,"**

the defendant herein, did knowingly attempt to persuade, induce and entice Jane Doe Two to travel in interstate commerce with the intent that Jane Doe Two engage in prostitution.

In violation of Title 18, United States Code, Section 2422(a).

A TRUE BILL.

_____
FOREPERSON

RICHARD G. CALLAHAN
United States Attorney


_____
HOWARD J. MARCUS, #29756MO
Assistant United States Attorney